United States District Court
Southern District of Texas
FILED

JAN 30 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. **M-20-0240** |
| | § |
| DANIEL SEPULVEDA | § |
| EVARISTO SEPULVEDA, III | § |
| JUAN INDALECIO GARCIA | § |

<u>SEALED INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>Count One</u>

On or about January 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SEPULVEDA
EVARISTO SEPULVEDA, III
and
JUAN INDALECIO GARCIA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

<u>Count Two</u>

On or about January 17, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SEPULVEDA
EVARISTO SEPULVEDA, III
and
JUAN INDALECIO GARCIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 320 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY